1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.W., a minor, by and through her Guardian Ad Litem, IKEA WRIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv0493-MDD<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 43] |

On August 25, 2022, this Court granted the Petition for Minor's Compromise and ordered the parties to file proof of investment into an annuity and a stipulation of dismissal. (ECF No. 40). The parties have now filed proof of investment into an annuity and a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF Nos. 42-43). Accordingly, the Court **DISMISSES WITH PREJUDICE** the above-entitled action. Each party must bear its own costs, expenses, and fees.

1  The Clerk of Court is instructed to close this case and terminate all
2 remaining deadlines and hearings.
3  **IT IS SO ORDERED**.
4 Dated: September 26, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge